IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00078-PAB

KENNETH L. SMITH,

      Plaintiff,

v.

HON. ALLISON H. EID, et al.,

      Defendants.

_____

## ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT

_____

      This matter is before the Court on plaintiff's motion to alter or amend judgment

[Docket No. 4].  The Court dismissed plaintiff's complaint on May 4, 2010 [Docket No.

2], and judgment entered on May 10, 2010.  Plaintiff filed his motion within twenty eight

days of the entry of judgment, and therefore it will be addressed pursuant to Federal

Rule of Civil Procedure 59(e).  Grounds for granting a Rule 59(e) motion include "(1) an

intervening change in the controlling law, (2) new evidence previously unavailable, and

(3) the need to correct clear error or prevent manifest injustice."  *Servants of Paraclete*

*v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) (citing *Brumark Corp. v. Samson*

*Resources Corp.*, 57 F.3d 941, 948 (10th Cir. 1995)).  Plaintiff's motion fails to implicate

any of these grounds.  Nor does it identify any other basis for upsetting the final

judgment entered on May 10, 2010.  Moreover, the Court denies plaintiff's request that

this Court recuse itself from this matter.  *See* Pl.'s Mot. at 12-13.  Plaintiff has failed to

identify any appropriate reason why the Court should or must recuse itself pursuant to

Section 455(a) of Title 28 of the United States Code.  Therefore, it is

**ORDERED** that plaintiff's motion to alter or amend judgment [Docket No. 4] is

DENIED.

DATED June 7, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge